| | |
|---|---|
| 1 | ADRIENNE C. PUBLICOVER  (SBN 161432) |
| 2 | DENNIS J. RHODES  (SBN 168417)<br>WILSON, ELSER, MOSKOWITZ,<br>    EDELMAN& DICKER LLP |
| 3 | 525 Market Street, 17th Floor |
|   | San Francisco, CA  94105 |
| 4 | Telephone:    (415) 433-0990 |
|   | Facsimile:    (415) 434-1370 |
| 5 | |
|   | Attorneys for Defendants |
| 6 | BECHTEL LONG TERM DISABILITY |
|   | PLAN and LIFE INSURANCE COMPANY |
| 7 | OF NORTH AMERICA |

STEVEN M. CHABRE  (SBN 173271)
THE LAW OFFICE OF STEVEN M. CHABRE
1335 Park Avenue
Alameda, CA  94501
Telephone:    (510) 749-1440
Facsimile:    (510) 749-0466

Attorney for Plaintiff
BARBARA POHAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | | |
|---|---|---|
| BARBARA POHAN, | ) | Civil No. C07-00956 PJH |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER FOR** |
| | ) | **CONTINUANCE OF CASE** |
| v. | ) | **MANAGEMENT CONFERENCE** |
| | ) | |
| BECHTEL LONG TERM DISABILITY | ) | |
| PLAN and LIFE INSURANCE COMPANY | ) | |
| OF NORTH AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

STIPULATION AND ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
USDC NDCA Case #C07-00956 PJH
281176.1

## STIPULATION

Pursuant to this Court's Local Rules 6.2 and 7.12, this stipulation for continuance of the Case Management Conference is made by and between plaintiff Barbara Pohan and defendants Bechtel Long Term Disability Plan and Life Insurance Company of North America (collectively "Defendants"), (collectively all parties referred to as, "the Parties"), by and through their counsel of record and is based on the following facts:

1. The Court set an initial Case Management Conference for May 24, 2007. Counsel for Defendants has a calendar conflict requiring him to be in Los Angeles on May 24, 2007.

2. In view of this conflict, the Parties agree, after confirming with the Calendaring Department of this Court, that May 31, 2007, is a viable date for the initial Case Management Conference.

**IT IS HEREBY STIPULATED BY AND THROUGH THE PARTIES' COUNSEL OF RECORD THAT:**

The initial Case Management Conference currently set for May 24, 2007, shall be continued to May 31, 2007.

**SO STIPULATED.**

Dated: May  18 , 2007

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP

By: _____
ADRIENNE C. PUBLICOVER, ESQ.
DENNIS J. RHODES, ESQ.
Attorneys for Defendants
BECHTEL LONG TERM DISABILITY PLAN and
LIFE INSURANCE COMPANY OF NORTH AMERICA

---

1

STIPULATION AND ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
USDC NDCA Case #C07-00956 PJH
281176.1

Dated: 5/17/07

THE LAW OFFICE OF STEVEN M. CHABRE

By: _____
STEVEN M. CHABRE, ESQ.
Attorney for Plaintiff
BARBARA POHAN

## ORDER

PURSUANT TO THE STIPULATION, AND FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

The Case Management Conference is continued to May 31, 2007.

**IT IS SO ORDERED.**

Dated: 5/21/07

_____
Honorable
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton

---

2

STIPULATION AND ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
USDC NDCA Case #C07-00956 PJH
281176.1

# CERTIFICATE OF SERVICE

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 Market Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s).

**STIPULATION AND ORDER FOR CONTINUANCE OF
CASE MANAGEMENT CONFERENCE**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

☑ : By First Class Mail -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

☐ : By Personal Service – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

☐ : By Overnight Courier – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

☐ : Facsimile – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

Steven M. Chabre, Esq.
THE LAW OFFICE OF STEVEN M. CHABRE
1135 Park Avenue
Alameda, CA 94501
Tel:   (510) 749-1440
Fax:   (510) 749-0466

*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **May 18, 2007** at San Francisco, California.

_____
Nancy Li

STIPULATION AND ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
USDC NDCA Case #C07-00956 PJH
281176.1