```
 1  ADRIENNE C. PUBLICOVER  (SBN 161432)
    DENNIS J. RHODES  (SBN 168417)
 2  WILSON, ELSER, MOSKOWITZ,
         EDELMAN & DICKER LLP
 3  525 Market Street, 17th Floor
    San Francisco, CA  94105
 4  Tel:    (415) 433-0990
    Fax:    (415) 434-1370
 5
    Attorneys for Defendants
 6  BECHTEL LONG TERM DISABILITY
    PLAN and LIFE INSURANCE COMPANY
 7  OF NORTH AMERICA
 8
    STEVEN M. CHABRE  (SBN 173271)
 9  THE LAW OFFICE OF STEVEN M. CHABRE
    1335 Park Avenue
10  Alameda, CA  94501
    Tel:    (510) 749-1440
11  Fax:    (510) 749-0466
12  Attorneys for Plaintiff
    BARBARA POHAN
13
14
                    UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16
17
18  BARBARA POHAN,                )   Civil No.:   C07-00956 PJH
                                  )
19          Plaintiff,             )   STIPULATION OF DISMISSAL WITH
                                  )   PREJUDICE  AND ORDER
20      v.                        )
                                  )   Judge      :  Hon. Phyllis J. Hamilton
21  BECHTEL LONG TERM DISABILITY  )   Courtroom  :  3
    PLAN and LIFE INSURANCE COMPANY)  Floor      :  17
22  OF NORTH AMERICA,             )   Location   :  San Francisco
                                  )
23          Defendants.            )
                                  )
24
25
26
27
                                      1
28          STIPULATION OF DISMISSAL WITH PREJUDICE
    USDC NDCA Case #C07-00956 PJH
    293412.1
```

Plaintiff Barbara Pohan ("plaintiff"), and defendants Life Insurance Company of North America and Bechtel Long Term Disability Plan ("defendants"), through their respective attorneys of record, Steven M. Chabre of The Law Office of Steven M. Chabre, on behalf of plaintiff, and Dennis J. Rhodes, Esq., of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, on behalf of defendants, HEREBY STIPULATE that the above-captioned matter and all claims for relief therein can be dismissed with prejudice as to all parties in its entirety pursuant to the parties' agreement to resolve the disputed claim. Each party to bear its own fees and costs.

IT IS SO STIPULATED.

Dated: 8/9/07

THE LAW OFFICE OF STEVEN M. CHABRE

By: _____
Steven M. Chabre
Attorneys for Plaintiff
BARBARA POHAN

Dated: 8/10/07

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: _____
ADRIENNE C. PUBLICOVER
DENNIS J. RHODES
Attorneys for Defendants
BECHTEL LONG TERM DISABILITY
PLAN and LIFE INSURANCE COMPANY
OF NORTH AMERICA

**ORDER**

IT IS SO ORDERED.

Dated: 8/15/07

By: _____
HON. PHYLLIS
United States D

IT IS SO ORDERED
Judge Phyllis J. Hamilton

2
**STIPULATION OF DISMISSAL WITH PREJUDICE**
USDC NDCA Case #C07-00956 PJH
293412.1

# CERTIFICATE OF SERVICE

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 Market Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s).

**STIPULATION OF DISMISSAL WITH PREJUDICE**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

☑ : By First Class Mail -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

☐ : By Personal Service – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

☐ : By Overnight Courier – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

☐ : Facsimile – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

Steven M. Chabre, Esq.
THE LAW OFFICE OF STEVEN M. CHABRE
1335 Park Avenue
Alameda, CA  94501
Tel:     (510) 749-1440
Fax:    (510) 749-0466

*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **August 13, 2007** at San Francisco, California.

_____
Nancy Li

---

3
**STIPULATION OF DISMISSAL WITH PREJUDICE**
USDC NDCA Case #C07-00956 PJH
293412.1